1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Hector Orozco-Gonzalez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE ANTHONY J. BATTAGLIA)**

11 | UNITED STATES OF AMERICA,           )   Case No. 07MJ2761
   |                                     )
12 |         Plaintiff,                  )
   |                                     )
13 | v.                                  )   **CERTIFICATE OF SERVICE**
   |                                     )
14 | HECTOR OROZCO-GONZALEZ,             )
   |                                     )
15 |         Defendant.                  )
   | _____  )
16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
20

21                                 Respectfully submitted,

22

23 DATED:    December 4, 2007            /s/ Carey D. Gorden
                                         **CAREY D. GORDEN**
24                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Hector Orozco-Gonzalez
25

26

27

28