```
 1  CAREY D. GORDEN
    California State Bar No. 236251
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: carey_gorden@fd.org

 5  Attorneys for Mr. Orozco-Gonzalez

 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                  SOUTHERN DISTRICT OF CALIFORNIA

10                  (HONORABLE JEFFREY T. MILLER)

11  UNITED STATES OF AMERICA,     )  Case No. 07CR3476-JM
                                  )
12           Plaintiff,           )
                                  )  NOTICE OF MOTIONS AND
13  v.                            )  MOTIONS TO:
                                  )
14  HECTOR OROZCO-GONZALEZ,       )  1.  COMPEL DISCOVERY; AND
                                  )  2.  GRANT LEAVE TO FILE
15           Defendant.           )      FURTHER MOTIONS
                                  )
16  _____

17  TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         PETER J. MAZZA, ASSISTANT UNITED STATES ATTORNEY:
18

19       PLEASE TAKE NOTICE that, on January 25, 2008, at 11:00 a.m., or as soon thereafter as

20  counsel may be heard, the defendant, HECTOR OROZCO-GONZALEZ, by and through counsel,

21  Carey D. Gorden and Federal Defenders of San Diego, Inc., will ask this Court to enter an order

22  granting the pretrial motions listed.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /
```

**MOTIONS**

The defendant, HECTOR OROZCO-GONZALEZ, by and through attorneys, Carey D. Gorden and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves the Court for an order to:

1)   Compel discovery; and

2)   Grant leave to file to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to the Court's attention at the time of the hearing on these motions.

                                                            Respectfully submitted,


DATED:   January 23, 2008                    /s/ Carey D. Gorden
                                                            **CAREY D. GORDEN**
                                                            Federal Defender of San Diego, Inc.
                                                            Attorneys for Mr. Orozco-Gonzalez