1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: carey_gorden@fd.org

5 Attorneys for Hector Orozco-Gonzalez

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 07CR3476-JM |
| ) | |
| 12          Plaintiff, ) | |
| ) | |
| 13 v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| 14 HECTOR OROZCO-GONZALEZ, ) | |
| ) | |
| 15          Defendant. ) | |
| _____ ) | |

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    Peter J. Mazza
     peter.mazza@usdoj.gov,efile.dkt.gc1@usdoj.gov,kathleen.jordano@usdoj.gov

21                         Respectfully submitted,

23 DATED:    January 23, 2008         /s/ Carey D. Gorden
                                      **CAREY D. GORDEN**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Hector Orozco-Gonzalez