1  KAREN P. HEWITT
   United States Attorney
2  PETER J. MAZZA
   Assistant U.S. Attorney
3  California State Bar No. 239918
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-75528
   Peter.Mazza@usdoj.gov
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                      UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,    )   CASE NO.   07CR3476-JM
12                              )
                                )   DATE:      May 16, 2008
13            Plaintiff,        )   TIME:      1:30 p.m.
                                )
14                              )   GOVERNMENT'S  NOTICE  OF  MOTIONS  AND
              v.                )   MOTIONS FOR RECIPROCAL DISCOVERY AND
15                              )   TO COMPEL FINGERPRINT EXEMPLARS
   HECTOR OROZCO-GONZALEZ,      )
16                              )
                                )
17            Defendant.        )
   _____)
18

19
                              NOTICE OF MOTION
20
       TO:  Carey Gorden, Esq., Federal Defenders of San Diego, Inc,
21          counsel for defendant, Hector Orozco-Gonzalez

22
       PLEASE TAKE NOTICE   that on May 16, 2008, at 1:30 p.m., or as
23
   soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF
24
   AMERICA, by and through its counsel, Karen P. Hewitt, United States
25
   Attorney, and Peter J. Mazza, Assistant United States Attorney, will
26
   move the court for an order granting the Government's Motion for
27
   Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.
28

1                                    MOTION

2        COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and

3   through its counsel, KAREN P. HEWITT, United States Attorney, and

4   Peter J. Mazza, Assistant United States Attorney, will hereby move

5   the court for an order granting the Government's Motion for

6   Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

7        DATED:    May 11, 2008 (originally filed March 28, 2008).

8                                    Respectfully submitted,
                                     KAREN P. HEWITT
9                                    United States Attorney

10

11

12                                   /s/ Peter J. Mazza
                                     PETER J. MAZZA
13                                   Assistant United States Attorney
                                     Attorneys for Plaintiff
14                                   United States of America
                                     Email: Peter.Mazza@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28