1 | **VICTOR PIPPINS**
California State Bar No. 251953
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5030
Telephone: (619) 234-8467, Ext. 3714
4 | Facisimile: (619) 687-2666
victor_pippins@fd.org
5 |
6 | Attorneys for Mr. Hector Orozco-Gonzalez
7 |
8 | UNITED STATES DISTRICT COURT
9 | SOUTHERN DISTRICT OF CALIFORNIA
10 | (**HONORABLE JEFFREY T. MILLER**)

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) CASE NO. 07CR3476-JM |
| 12 | | ) DATE: September 19, 2008 |
| 13 | Plaintiff, | ) TIME: 1:30 p.m. |
| 14 | v. | ) **AMENDED** NOTICE OF MOTIONS AND MOTIONS: |
| 15 | HECTOR OROZCO-GONZALEZ, | ) (1) TO DISMISS THE INDICTMENT DUE TO AN INVALID DEPORTATION; |
| 16 | Defendant. | ) (2) TO FILE SUPPLEMENTAL EXHIBIT; AND |
| 17 | | ) (3) FOR LEAVE TO FILE FURTHER MOTIONS |
| 18 | _____ | ) _____ |

19 |
20 | TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY:
21 |
22 |         PLEASE TAKE NOTICE that on September 19, 2008, at 1:30 p.m., or as soon thereafter as counsel

23 | may be heard, the defendant, Hector Orozco-Gonzalez, by and through his counsel, Victor Pippins and

24 | Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

25 |
26 |
27 |
28 |

## MOTIONS

The defendant, Hector Orozco-Gonzalez, by and through his attorneys, Victor Pippins and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to dismiss the indictment due to an invalid deportation;
2) to file supplemental exhibit; and,
3) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

Respectfully submitted,


Dated: September 5, 2008                    */s/ Victor Pippins*
                                            **VICTOR PIPPINS**
                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Orozco-Gonzalez
                                            victor_pippins@fd.org

07CR3476-JM

1

**CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information and

3    belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6          Copy to Defendant

7

Dated:  September 5, 2008                          */s/ Victor N. Pippins*
8                                                  Federal Defenders of San Diego, Inc.
                                                   225 Broadway, Suite 900
9                                                  San Diego, CA  92101-5030
                                                   (619) 234-8467  (tel)
10                                                 (619) 687-2666  (fax)
                                                   Victor_Pippins@fd.org (email)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28