# EXHIBIT A

```
                    IMMIGRATION COURT
                       446 ALTA ROAD
                     SAN DIEGO, CA  92158
```

In the Matter of

                            Case A92-133-757

OROZCO-GONZALEZ, HECTOR
    Respondent                   IN REMOVAL PROCEEDINGS

              ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on May 9, 2005.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[X] The respondent was ordered removed from the United States to Mexico.
[✗] Respondent's application for voluntary departure was denied and
    respondent was ordered removed to Mexico.
    ~~alternative to~~
[ ] Respondent's application for voluntary departure was granted until
       upon posting a bond in the amount of $_____
    with an alternate order of removal to Mexico.
[ ] Respondent's application for asylum was ( )granted ( )denied
    ( )withdrawn.
[ ] Respondent's application for withholding of removal was ( )granted
    ( )denied ( )withdrawn.
[ ] Respondent's application for cancellation of removal under section
    240A(a) was ( )granted ( )denied ( )withdrawn.
[ ] Respondent's application for cancellation of removal was ( )granted
    under section 240A(b)(1)   ( )granted under section 240A(b)(2)
    ( )denied ( )withdrawn. If granted, it was ordered that the
    respondent be issued all appropriate documents necessaary to give
    effect to this order.
[ ] Respondent's application for a waiver under section _____ of the INA was
    ( )granted ( )denied ( )withdrawn or ( )other.
[ ] Respondent's application for adjustment of status under section _____
    of the INA was ( )granted ( )denied ( )withdrawn. If granted, it
    was ordered that respondent be issued all appropriate documents necessary
    to give effect to this order.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $_____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper
    notice.
[ ] Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: _____

Date: May 9, 2005
Appeal: (WAIVED)  Appeal Due By:
        By Both

                                      RICO J. BARTOLOMEI
                                      Immigration Judge

GS1

# EXHIBIT B

Form I-205 (Rev. 4-1-97)N

**U.S. Department of Justice**
Immigration and Naturalization Service

## Warning to Alien Ordered Removed or Deported

File No: A92 133 757
Date: 5/9/05

Alien's full name: Orozco-Gonzalez, Hector

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States s a returning lawful permanent resident..

☐ For a period of 10 years from the date of our departure from the United States because you have been found:
   ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
   ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.
   ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
   ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by an immigration officer, a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:
   ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
   ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
   ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
   ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
   ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☒ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or Office of the United States Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

---

WARNING: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States, during the period in which he or she is barred from so doing without the Attorney General's consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

---

_Arnold Parise_ (Signature of officer serving warning)    IEA (Title of officer)    San Diego, California (location of BICE office)

Years barred determined by S-216, S-217, S-220, S-222 or _____

ICE COPY/ALIEN'S COPY

Form I294 (6-1-97)N

45

# EXHIBIT C

U.S. Department of Justice
Immigration and Naturalization Service

Warrant of Removal/Deportation

File No: A92 133 757

Date: 02/09/2007

**To any officer of the United States Immigration and Naturalization Service:**

OROZCO-GONZALEZ,    Hector
(Full name of alien)

who entered the United States at ____Unknown____ on ____Unknown____
                                  (Place of entry)              (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☐ an immigration judge in exclusion, deportation or removal proceedings
☒ a district director or a district director's designated official
☐ the Board of Immigration Appeals
☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
SECTION 241(a)(5)

., the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

UNDER DOCKET CONTROL/SPP

(Signature of INS official)
FIELD OFFICE DIRECTOR
(Title of INS official)
02/09/2007  Los Angeles, CA
(Date and office location)

Form I-205 (Rev. 4-1-97) N          50

To be completed by Service officer executing the warrant:
Name of alien being removed:
OROZCO-GONZALEZ,       Hector

Port, date, and manner of removal: _SYS, 2-12-07, AROOT_

Photograph of alien
removed

Right index fingerprint
of alien removed

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of INS official taking print)

Departure witnessed by: _____
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of INS official)

Form I-205 (Rev. 4-1-97) N