```
 1  KAREN P. HEWITT
    United States Attorney
 2  PETER J. MAZZA
    Assistant U.S. Attorney
 3  California State Bar No. 239918
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5528

 6
    Attorneys for Plaintiff
 7  United States of America

 8
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07CR3476-JM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS |
| v. | ) | WITHOUT PREJUDICE |
| | ) | |
| HECTOR OROZCO-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

<u>MOTION TO DISMISS</u>

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, Peter J. Mazza, and hereby moves to dismiss, without prejudice, the Indictment against the above-named defendant in the interests of justice.

DATED: September 9, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

<u>s/ Peter J. Mazza</u>
PETER J. MAZZA
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3476-JM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| HECTOR OROZCO-GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY CERTIFIED THAT:

I, PETER J. MAZZA, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. VICTOR PIPPINS, Esq., Federal Defenders of San Diego, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2008.

/s/ Peter J. Mazza
PETER J. MAZZA