# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3476-JM |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |
| HECTOR OROZCO-GONZALEZ, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Indictment in case number 07CR3476-JM be dismissed, without prejudice, as to defendant HECTOR OROZCO-GONZALEZ.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: September 9, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge