# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
)
)
*Hector Orozco - Gonzalez* )

CASE NUMBER 07cr3476 - JM

ABSTRACT OF ORDER

Booking No._____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____9/9/08_____

the Court entered the following order:

X_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____dismissing appeal filed.

_____ Bench Warrant Recalled.

X_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

JEFFREY T. MILLER

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR Clerk
by
Deputy Clerk
T. LEE

Received_____
DUSM

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY